GARNER v. BROWN et ux.   (No. 1899.)

(Court of Civil Appeals of Texas. Texarkana. Jan. 17, 1918.)

APPEAL AND ERROR ⚖➔1001(1)—SCOPE OF REVIEW—QUESTION OF FACT.

In suit to cancel deed on ground that it was a mortgage upon a homestead, where plaintiff and his wife gave testimony warranting conclusion that deed was a mortgage, which was denied by defendant, a judgment for plaintiffs would be affirmed, since there was an issue for the jury.

Appeal from District Court, Gregg County; Daniel Walker, Judge.

Suit by A. G. Brown and wife against J. R. Garner. Decree for plaintiffs, and defendant appeals. Affirmed.

F. B. Martin, of Longview, for appellant. Edwin Lacy and E. M. Bramlette, both of Longview, for appellees.

HODGES, J. The appellees, husband and wife, filed this suit to cancel a deed which they had previously executed, alleging that it was a mortgage upon their homestead. In response to special issues submitted, the jury found that the land involved was the homestead of appellees, and that the deed assailed was executed and intended to operate as a deed of trust to secure the payment of a debt. The assignments of error attack the sufficiency of the evidence to support the finding last above mentioned. The appellee and his wife both testified to a state of facts which, if true, fully warranted the jury in concluding that the deed was a mortgage. While this testimony was, in substance, denied by the appellant, there was an issue for the jury, and the judgment will be affirmed.